**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 157 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Malcolm Paul APARICIO, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

*ORDER*

PER CURIAM.

- **AND NOW,** this 22nd day of January, 2009, the Order of the Court of Common Pleas of Delaware County is REVERSED pursuant to *Commonwealth v. Chase,* —— Pa. ——, 960 A.2d 108 (2008). This matter is REMANDED to the trial court for a determination of whether reasonable suspicion existed to stop the vehicle in question.

Jurisdiction is relinquished.

**Harold HERRSCHAFT, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the Order of the Commonwealth Court is **AFFIRMED,** without prejudice to Appellant's right to seek immediate relief in the Bucks County Court of Common Pleas. *See Commonwealth v. Williams,* 909 A.2d 419 (Pa.Cmwlth.2006) (holding inmate's challenge to county clerk of court's assignment of costs should be filed in the trial court); *Commonwealth v. Parella,* 834 A.2d 1253 (Pa.Cmwlth.2003) (holding inmate's complaint regarding Act 84 deductions should be filed in trial court

where inmate seeks to remove financial obligations improperly assigned to him).